# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | § § § § | |
| Plaintiff, | § § | Case No: 1:22-cv-01161-NLH-AMD |
| vs. | § § § | |
| **H&M SYSTEM SOFTWARE, INC.,** | § § § | **REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT** |
| Defendant. | § § | |

Plaintiff, ROTHSCHILD PATENT IMAGING LLC,, hereby requests the Clerk to enter a default against the defendant, H&M SYSTEM SOFTWARE, INC., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  07/28/2022                                  Respectfully Submitted

/s/ Mark A. Kriegel_____
Attorney for Plaintiff,
Rothschild Patent Imaging, LLC