Mark A. Kriegel, Esquire
LAW OFFICE OF MARK A. KRIEGEL
1479 Pennington Rd.
Ewing, NJ 08618
(609) 883-5133 Fax: (609) 450-7237
Attorney for Plaintiff,
Rothschild Patent Imaging, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**



| | | |
|---|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | § | |
| **Plaintiff,** | § | **Case No: 1:22-cv-01161-NLH-AMD** |
| **vs.** | § | **PATENT CASE** |
| **H&M SYSTEM SOFTWARE, INC.,** | § | **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| **Defendant.** | § | |

To: H&M System Software, Inc.
c/o P&P Aviation, Inc.
1232 Choptank Rd.
Middletown, DE 19709

PLEASE TAKE NOTICE that on Monday, December 5, 2022, at 10:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Rothschild Patent Imaging, LLC shall appear before the Honorable Noel S. Hillman, U.S.D.J., at the Mitchell H. Cohen Building & U.S. Courthouse 4th & Cooper Streets, Camden, NJ 08101, and shall move this Court, pursuant Federal Rule of Civil Procedure 55(b), for an Order granting Default Judgment in favor of Plaintiff.

PLEASE TAKE FURTHER NOTICE that in support of its Motion, Plaintiff shall rely upon the Declaration of Leigh Rothschild, and the Memorandum in Support of Default Judgment.

.

Dated: November 10, 2022.

Respectfully submitted,

*/s/Mark A. Kriegel*

**MARK KRIEGEL**
**LAW OFFICE OF MARK A. KRIEGEL, LLC**
1479 Pennington Rd.
Ewing, NJ 08618
(609) 883-5133
Fax: (609) 450-7237
mkriegel@kriegellaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF and sent a copy to the following by US First Class Mail and by US First Class Mail Certified Mail Return Receipt Requested.

H&M System Software, Inc.
c/o P&P Aviation, Inc.
1232 Choptank Rd.
Middletown, DE 19709

*/s/Mark A. Kriegel*

**MARK KRIEGEL**