## Law Office of Mark A. Kriegel, LLC
1479 Pennington Rd.
Ewing, NJ 08618

Mark A. Kriegel                                  Phone:   609-883-5133
Admitted in NJ & NY                              Fax:     609-450-7237
                                                 E-Mail:  mkriegel@kriegellaw.com

October 23, 2023

<u>Via ECF</u>
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

        Re:    Case Name:    ROTHSCHILD PATENT IMAGING, LLC v. H&M SYSTEM SOFTWARE, INC.
                   Case Number: 1:22-cv-01161-NLH-AMD

Dear Sir or Madam:

      In response to the notice generated on October 3, 2023, regarding the potential dismissal of the above case without prejudice pursuant to Fed.R.Civ.P. 4(m), Plaintiff respectfully requests that the case not be dismissed at this time. Plaintiff has discovered a new address for service upon the corporate Defendant. Therefore, Plaintiff respectfully requests a new Summons be issued by the Clerk and if Plaintiff cannot successfully serve the Complaint at this new address within a reasonable amount of time, dismissal would then be appropriate. Thank you for your consideration of this matter.

                                                        Respectfully Yours,

                                                        Mark A. Kriegel